UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jack Knight II and Allison Knight, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 10-4039 |
| | ) | |
| Dean Beckler, et al | ) | |
| Defendants | ) | |

**ORDER**

The parties have consented to have this case heard to judgment by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the District Judge has referred the case to me.  Now before the Court is the motion to consolidate (#14).

This case arises out of the same multiple-vehical accident as Case No. 08-4046.  Other than the identity of the plaintiffs in each case, the parties are the same.  Other than the question of damages for the plaintiffs, most of the facts  will be the same.  The same law will govern both cases. I conclude that the two cases involve common questions of both law and facts.

Pursuant to Fed.R.Civ.P. 42(a), the motion to consolidate is GRANTED.  Cases 10-4039 and 08-4046 are consolidated.  PARTIES ARE DIRECTED TO FILE ALL FUTURE PLEADINGS IN 08-4046.

ENTERED ON  August 16, 2010

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE